# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

———————————————

## No. 201700177

———————————————

## UNITED STATES OF AMERICA
Appellee

v.

## CORY L. TANNER
Lance Corporal (E-3), U.S. Marine Corps
Appellant

———————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Major Mark D. Sameit, USMC.
Convening Authority: Commanding Officer, Headquarters and Support Battalion, Marine Corps Installations West-Marine Corps Base, Camp Pendleton, CA.
Staff Judge Advocate's Recommendation: Lieutenant Colonel Todd Enge, USMC.
For Appellant: Commander C. Eric Roper, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

———————————————

Decided 15 August 2017

———————————————

Before HUTCHISON, FULTON, and RUSSELL, *Appellate Military Judges*

———————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court